ACCEPTED
01-15-00199-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 3:18:43 PM
CHRISTOPHER PRINE
CLERK

*MARYBETH M. NELSON*
Attorney at Law

830 Apollo Lane • Houston, Texas 77058
office: 409.684.3067 • fax: 817-533-1131
1830 Hwy. 87 • Crystal Beach, Texas 77650
marybethmnelson@yahoo.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/12/2015 3:18:43 PM

CHRISTOPHER A. PRINE
Clerk

March 12, 2015

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002

     RE: 01-15-00199-CV; Correction of email address for attorney for appellee, Marybeth M. Nelson.

Dear Assistant Clerk:

     I noted on appellant's docketing statement that my email address was incorrectly noted. The correct email is marybethmnelson@yahoo.com. All else appears correctly. I appreciate your time and effort in this regard.

     Sincerely,

Marybeth M. Nelson
Attorney for Appellee, Jimmy Brill Cox

Cc: Wilfried P. Schmitz

—M 𝒩 M—